U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Farah Abdullahi
Docket No.: 3:12-00085-01

TO: The Honorable John S. Bryant, U.S. Magistrate Judge

On April 3, 2012, the following evidence was seized during the defendant's period of supervision and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 2797 | 1 | Approximately .25 oz of marijuana |

Thank you for your time and consideration in this matter.

Approved: _John Bryant_
The Honorable John S. Bryant
U.S. Magistrate Judge  1-20-14